WEF/RSS/USAO2006R00214

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07- ~~459 (RBK)~~ |
| | : |
| MOHAMAD IBRAHIM SHNEWER, | : 18 U.S.C. §§ 922(g)(5), |
| DRITAN DUKA, | : 922(o), 1117 & 2 |
|   a/k/a "Distan Duka," | : |
|   a/k/a "Anthony Duka," | : |
|   a/k/a "Tony Duka," | : |
| ELJVIR DUKA, | : |
|   a/k/a "Elvis Duka," | : |
|   a/k/a "Sulayman," | : |
| SHAIN DUKA, | : |
| SERDAR TATAR, and | : |
| AGRON ABDULLAHU | : |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting in Camden, charges:

**COUNT 1**

**(Conspiracy To Murder Members of the United States Military)**

**The Defendants**

1.  At all times relevant to this Indictment:

(a)  Defendant MOHAMAD IBRAHIM SHNEWER was a resident of Cherry Hill, New Jersey.

(b) Defendant DRITAN DUKA, a/k/a "Distan Duka," a/k/a "Anthony Duka," a/k/a "Tony Duka," was a resident of Cherry Hill, New Jersey.  Defendant DRITAN DUKA was illegally residing in the United States.

(c) Defendant ELJVIR DUKA, a/k/a "Elvis Duka," a/k/a "Sulayman," was a resident of Cherry Hill, New Jersey.  Defendant

ELJVIR DUKA was illegally residing in the United States.

(d) Defendant SHAIN DUKA was a resident of Cherry Hill, New Jersey.  Defendant SHAIN DUKA was illegally residing in the United States.

(e) Defendant SERDAR TATAR was a resident of Philadelphia, Pennsylvania.

**Military Installations**

2.  At all times relevant to this Indictment, members of the uniformed services engaged in the performance of their official duties at the following military installations:

(a) United States Army Base at Fort Dix, located in Burlington County, New Jersey.

(b) Lakehurst Naval Air Station, located in Ocean County, New Jersey.

(c) United States Army Base at Fort Monmouth, located in Monmouth County, New Jersey.

(d) Dover Air Force Base, located in Kent County, Delaware.

(e) United States Coast Guard Base, Sector Delaware Bay, located in Philadelphia, Pennsylvania.

**The Conspiracy**

3.  The defendants, MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and SERDAR TATAR were inspired by, among others, al Qaeda, a foreign terrorist organization which

sponsored, managed and financed terrorist attacks against the United States and its citizens, including the terrorist attacks of September 11, 2001 and attacks on United States military forces fighting in Iraq and Afghanistan, to form a conspiracy to kill United States military personnel stationed in New Jersey and elsewhere.

4.    From on or about January 3, 2006 to on or about May 7, 2007, in Camden, Burlington, Ocean and Monmouth Counties, in the District of New Jersey and elsewhere, the defendants,

MOHAMAD IBRAHIM SHNEWER,

DRITAN DUKA,
a/k/a "Distan Duka,"
a/k/a "Anthony Duka,"
a/k/a "Tony Duka,"

ELJVIR DUKA,
a/k/a "Elvis Duka,"
a/k/a "Sulayman,"

SHAIN DUKA,

and

SERDAR TATAR,

did knowingly and willfully conspire and agree with each other and with others, to kill and attempt to kill officers and employees of agencies in the Executive Branch of the United States Government, namely, members of the uniformed services, while such officers and employees were engaged in and on account of the performance of official duties, and persons assisting such officers and employees in the performance of such duties and on

3

account of that assistance, contrary to Title 18, United States Code, Section 1114.

**Object Of The Conspiracy**

5.    It was the object of the conspiracy for the defendants, MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and SERDAR TATAR, to kill United States military personnel by, among other methods, engaging in armed paramilitary attacks on government and military installations in New Jersey and elsewhere.

**Manner And Means Of The Conspiracy**

6.    It was part of the conspiracy that defendants MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA and SHAIN DUKA acquired, distributed and/or viewed DVDs and videos which depicted violent attacks on United States military personnel, which espoused jihadist propaganda produced by al Qaeda and others, and which attempted to recruit the viewer to engage in armed attacks against the United States Government.

7.    It was further part of the conspiracy that defendants MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and SERDAR TATAR acquired and possessed weapons, including but not limited to handguns, shotguns and semi-automatic assault weapons.

8.    It was further part of the conspiracy that defendants MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and

4

SERDAR TATAR engaged in firearms training in Pennsylvania using handguns, shotguns and semi-automatic assault weapons.

9.   It was further part of the conspiracy that defendants MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and SERDAR TATAR engaged in tactical training in New Jersey and Pennsylvania using, among other things, paint-ball guns and equipment.

10.   It was further part of the conspiracy that defendant MOHAMAD IBRAHIM SHNEWER conducted surveillance operations at several United States military installations, including but not limited to the United States Army Base at Fort Dix, the Lakehurst Naval Air Station, the United States Army Base at Fort Monmouth, the Dover Air Force Base, and the United States Coastguard Base in Philadelphia, Pennsylvania.

11.   It was further part of the conspiracy that defendant SERDAR TATAR acquired a map of the United States Army Base at Fort Dix to be used by members of the conspiracy to plan and coordinate an attack on Fort Dix.

12.   It was further part of the conspiracy that defendants MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and SERDAR TATAR used various methods to conceal the existence of the conspiracy and the identities of their coconspirators in order to avoid detection by law enforcement officials and further the goals of the conspiracy.

5

13.  It was further part of the conspiracy that defendants MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA and SHAIN DUKA acquired and attempted to acquire fully automatic machine guns, namely three AK-47 Kalishnikov machine guns and four M-16 machine guns, as well as four handguns.

**Overt Acts**

14.  In furtherance of the conspiracy and to effect its unlawful object, defendants MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and SERDAR TATAR committed and caused to be committed the following overt acts in the District of New Jersey and elsewhere:

(a)  On or about January 3, 2006, MOHAMAD IBRAHIM SHNEWER, DRITAN DUKA, ELJVIR DUKA, SHAIN DUKA and SERDAR TATAR conducted firearms training in Gouldsboro, Pennsylvania.

(b)  On or about August 1, 2006, SERDAR TATAR transferred his ownership of two weapons to a third party in order to prevent those weapons from being traced to SERDAR TATAR or other members of the conspiracy.

(c)  On or about August 11, 2006, MOHAMAD IBRAHIM SHNEWER conducted surveillance of the United States Army Base at Fort Dix.

(d)  On or about August 11, 2006, MOHAMAD IBRAHIM SHNEWER conducted surveillance of the United States Army Base at Fort Monmouth.

6

(e)  On or about August 13, 2006, MOHAMAD IBRAHIM SHNEWER conducted surveillance of Dover Air Force Base.

(f)  On or about August 13, 2006, MOHAMAD IBRAHIM SHNEWER conducted surveillance of the United States Coast Guard Base in Philadelphia, Pennsylvania.

(g)  On or before November 28, 2006, SERDAR TATAR acquired a map of the United States Army Base at Fort Dix, labeled "Cantonment Area Fort Dix, NJ," to be used by members of the conspiracy to plan and coordinate an attack on Fort Dix.

(h)  On or about November 28, 2006, SERDAR TATAR provided the map of Fort Dix to an individual TATAR believed was a member of the conspiracy.

(i)  On or about December 29, 2006, MOHAMAD IBRAHIM SHNEWER took possession of the map of Fort Dix and hid it in a secret location.

(j)  On or about January 31, 2007, DRITAN DUKA, ELJVIR DUKA and SHAIN DUKA collected weapons, including handguns, shotguns, and semi-automatic assault weapons to be used during firearms training in Pennsylvania.

(k)  On or about February 1, 2007, DRITAN DUKA, ELJVIR DUKA and SHAIN DUKA traveled by car from New Jersey to Pennsylvania in order to conduct firearms training.

(l)  On or about February 2, 2007, DRITAN DUKA, SHAIN DUKA and ELJVIR DUKA engaged in firearms training in Gouldsboro,

Pennsylvania.

(m)  On or about February 4, 2007, MOHAMAD IBRAHIM
SHNEWER traveled by car to Gouldsboro, Pennsylvania in order to
conduct firearms training.

(n)  On or about February 4, 2007, MOHAMAD IBRAHIM
SHNEWER, DRITAN DUKA, ELJVIR DUKA and SHAIN DUKA viewed terrorist
training DVDs and videos depicting, among other things, the death
and dismemberment of United States military personnel.

(o)  On or about February 5, 2007, MOHAMAD IBRAHIM
SHNEWER, DRITAN DUKA, SHAIN DUKA and ELJVIR DUKA conducted
firearms training in Gouldsboro, Pennsylvania.

(p)  On or about February 26, 2007, DRITAN DUKA and
ELJVIR DUKA conducted tactical training in Cherry Hill, New
Jersey using paint-ball guns and equipment.

(q)  On or about March 15, 2007, DRITAN DUKA and SHAIN
DUKA conducted tactical training in Cherry Hill, New Jersey using
paint-ball guns and equipment.

(r)  On or about April 6, 2007, DRITAN DUKA agreed to
purchase three AK-47 Kalishnikov fully automatic machine guns,
four M-16 fully automatic machine guns, as well as four handguns,
from an individual he believed to be a black market weapons
dealer.

(s)  On or about April 27, 2007, MOHAMAD IBRAHIM
SHNEWER agreed to purchase an AK-47 Kalishnikov fully automatic

machine gun from an individual he believed to be a black market weapons dealer.

(t)  On or about May 7, 2007, DRITAN DUKA and SHAIN DUKA traveled to a location in Cherry Hill, New Jersey to take possession of the three AK-47 Kalishnikov fully automatic machine guns, the four M-16 fully automatic machine guns, and the four handguns ordered by DRITAN DUKA on April 6, 2007.

In violation of Title 18, United States Code, Section 1117.

## COUNT 2

### (Possession Of Machineguns)

1.    Paragraphs 1 through 3 and 5 through 14 of Count 1 of this Indictment are hereby realleged and incorporated by reference as though set forth in full herein.

2.    On or about May 7, 2007, in Camden County, in the District of New Jersey and elsewhere, the defendants,

DRITAN DUKA,
a/k/a "Distan Duka,"
a/k/a "Anthony Duka,"
a/k/a "Tony Duka,"

and

SHAIN DUKA,

did knowingly possess and attempt to possess machineguns, namely, three AK-47 Kalishnikov fully automatic machine guns and four M-16 fully automatic machine guns.

In violation of Title 18, United States Code, Sections 922(o) and 2.

10

## COUNT 3

### (Possession Of Firearms By An Alien)

1.     Paragraphs 1 through 3 and 5 through 14 of Count 1 of this Indictment are hereby realleged and incorporated by reference as though set forth in full herein.

2.     On or about May 7, 2007, in Camden County, in the District of New Jersey and elsewhere, the defendants

DRITAN DUKA,
a/k/a "Distan Duka,"
a/k/a "Anthony Duka,"
a/k/a "Tony Duka,"

and

SHAIN DUKA,

being aliens who were illegally and unlawfully in the United States, did knowingly possess and attempt to possess in and affecting commerce firearms, namely, three AK-47 Kalishnikov fully automatic machine guns and four M-16 fully automatic machine guns.

In violation of Title 18, United States Code, Sections 922(g)(5) and 2.

11

## COUNT 4

### (Possession Of Firearms By An Alien)

1.    Paragraphs 1 through 3 and 5 through 14 of Count 1 of this Indictment are hereby realleged and incorporated by reference as though set forth in full herein.

2.    Between on or about January 31, 2007 and on or about February 1, 2007, in Camden County, in the District of New Jersey and elsewhere, the defendants

DRITAN DUKA,
a/k/a "Distan Duka,"
a/k/a "Anthony Duka,"
a/k/a "Tony Duka,"

ELJVIR DUKA,
a/k/a "Elvis Duka,"
a/k/a "Sulayman,"

and

SHAIN DUKA,

being aliens who were illegally and unlawfully in the United States, did knowingly possess in and affecting commerce ammunition and firearms, namely, one Beretta 9 millimeter pistol Model 92 bearing serial number BER341463, one Mossberg 12 gauge shotgun Model 500 bearing serial number P380768, one Yugoslavia Model 59/66 7.62x39 millimeter semi-automatic rifle bearing serial number F151946, and one Beretta 9 millimeter CX4 Storm rifle bearing serial number CX02876.

In violation of Title 18, United States Code, Sections 922(g)(5) and 2.

12

<u>COUNT 5</u>

**(Aiding And Abetting The Possession Of Firearms By Aliens)**

1.    Paragraphs 1 through 3 and 5 through 14 of Count 1 of this Indictment are hereby realleged and incorporated by reference as though set forth in full herein.

2.    Between on or about January 31, 2007 and on or about February 1, 2007, in Camden County, in the District of New Jersey and elsewhere, the defendant,

AGRON ABDULLAHU,

did knowingly aid and abet Dritan Duka, Eljvir Duka and Shain Duka, who were then aliens illegally and unlawfully in the United States, to possess in and affecting commerce firearms, namely, one Beretta 9 millimeter pistol Model 92 bearing serial number BER341463, one Mossberg 12 gauge shotgun Model 500 bearing serial number P380768, one Yugoslavia Model 59/66 7.62x39 millimeter semi-automatic rifle bearing serial number F151946, and one Beretta 9 millimeter CX4 Storm rifle bearing serial number CX02876.

In violation of Title 18, United States Code, Sections 922(g)(5) and 2.

A TRUE BILL ___

FOREPERSON

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

13

**United States District Court**

**District of New Jersey**

CASE NUMBER: 2006R00214

UNITED STATES OF AMERICA

v.

MOHAMAD IBRAHIM SHNEWER,
DRITAN DUKA,
a/k/a "Distan Duka,"
a/k/a "Anthony Duka,"
a/k/a "Tony Duka,"
ELJVIR DUKA,
a/k/a "Elvis Duka,"
a/k/a "Sulayman,"
SHAIN DUKA,
SERDAR TATAR, and
AGRON ABDULLAHU

**INDICTMENT**

Title 18, United States Code,
Sections 922(g)(5), 922(o), 1117 and 2

A True Bill,

_____
Foreperson

CHRISTOPHER J. CHRISTIE
_U.S. ATTORNEY_
_NEWARK, NEW JERSEY_

_WILLIAM E. FITZPATRICK / R. STEPHEN STIGALL_
Assistant U.S. Attorneys
Camden, New Jersey

USA-48AD 8
(Ed. 1/97)