UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Hon. Robert B. Kugler |
| Plaintiff(s), : | |
| : | |
| v. : | Criminal No. 07-459(RBK) |
| : | |
| MOHAMAD IBRAHIM SHNEWER, et al. : | |
| : | |
| Defendant(s). : | |

**O R D E R**

**THIS MATTER HAVING** come before the court, upon the application filed on behalf of defendant Serdar Tatar, by his attorney Richard Sparaco, Esq., to Preclude the Government's Use of Alleged Coconspirator Statements Contained in Government Exhibits 854-A, B, C, and D, or in the Alternative, for Severance, and the court having reviewed the papers submitted on behalf of defendant and having heard the argument of counsel on December 1, 2008, and for the reasons expressed on the record on that date,

**IT IS ON THIS** __2nd__ day of December, 2008, **ORDERED** that the Motion of Defendant Tatar to Preclude the Government's Use of Alleged Coconspirator Statements Contained in Government Exhibits 854-A, B, C, and D, or in the Alternative, for Severance, be and is hereby **DENIED**.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge