NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Crim. No. 07-459 (RBK) |
| v. | **ORDER** |
| SERDAR TATAR, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon the following Motions: (1) Defendant's Sealed Motion for Reduction of Sentence Under First Step Act (Doc. 489); (2) Defendant's Motion for Reduction of Sentence Under First Step Act (Doc. 490); and (3) Christopher O'Malley's Motion to Withdraw as Attorney (Doc. 494); for the reasons expressed in the corresponding opinion,

**IT IS HEREBY ORDERED** that (1) Defendant's Sealed Motion for Reduction of Sentence Under First Step Act (Doc. 489) is **DENIED**; (2) Defendant's Motion for Reduction of Sentence Under First Step Act (Doc. 490) is **DENIED**; and (3) Christopher O'Malley's Motion to Withdraw as Attorney (Doc. 494) is **GRANTED**.

Dated: 11/2/2020                                            /s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge