Serdar Tatar, 61287-066                                    3-24-2021
FCI Memphis, P.O. Box 34550
Memphis TN 38134

RECEIVED
APR - 5 2021
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

Honorable Robert B. Kugler
Room: 6040, M.H.C. Federal Courthouse
One John F. Gerry Plaza, 400 Cooper St.
Camden New Jersey 08101

Re: COVID VACCINE and Governments rebuttal motion to Defendant's Request based on Outrageous Gov. Conduct. (The Defendant Demands an Oral Argument)

Dear Respective Judge,

I am writing this letter to notify court that I was administered the first dose of the COVID-Vaccine as well as the rest of the general population. I believe the Court should be notified because of the pending litigation concerning Compassionate release / Reduction of sentence reconsideration.

Defendant would additionally would like to note that

1

the vaccine provides an effective method of protection, however, this protection of immunity is temporary and not everlasting. Based on this the defendant although have the protection of the vaccine right now, still faces a danger from contracting COVID VIRUS or similar viruses in the future.

Also, the defendant received government's response to the Motion the defendant file pursant to Rule 60(b)(d), and defendant will provide a rebuttal to that. The defendant again requests from this Court to appoint counsel to allow defendant a reasonable oppertunity to properly prepare a response. The government has unlimited resources and have access to all the records at the tips of their fingers, where as the defendant who has very little training and pratically no access cannot respond adequately to the Government, and the court is also aware of defendants' financial stivation, which has been worsened since the pandemic, and defendant did not receive any 'Economic Impact Payment' and cannot hire an attorney.

It is likely that the Court may hold a hearing due to the dispute of material facts in this case

2

whereof the Court should appoint a licenced attorney to meet the requirements for the ends of justice. In either case however, the defendant will provide a response to the best of his ability. Defendant requests an oral argument.

Sincerely, Respectfully

[signature]

Serder Tatar, (Pro-Se)
FCI Memphis P.O. Box 34550
Memphis TN 38134

3

Serdar Tatar,
FCI Memphis, P.O. Box 34550
Memphis TN 38134

RECEIVED
APR - 5 2021
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

MEMPHIS TN 380
29 MAR 2021 PM 4 L

Clerk of the Court
Hon. Robert B. Kugler
Room: 6040, M.H.C. Federal Courthouse
One John F. Gerry Plaza,
400 Cooper St.
Camden New Jersey 08101

Legal Mail

08102-157000