Serdar Tatar, 61287-066     6.5.2021
FCI Memphis, P.O. Box 34550
Memphis, TN 38134

RECEIVED
MAY 14 2021
AT 8:30
WILLIAM T. WALSH, CLERK

Clerk of the Court
District Court of New Jersey
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey

Re: United States vs Tatar, 07-459 (RBK)

Dear Clerk,

    I am writing this letter seeking an update on the current status of the two pending motions which are as follow:

1.) Motion for Reconsideration on Request for Compassionate Release & Reduction of Sentence, 18.USC § 3582. and,

2.) Motion for the Outrageous Government Conduct, under Rule 60.

would you please kindly send me notifications of any changes or updates which may have or will take place in the future. I am on Pro-Se status, and I don't have any other reliable way of receiving any updates.

Thank you kindly,

*[signature]*

Serdar Tator Pro-Se

Sardar T[...]
FCI Memphis, P.O. Box 34550
Memphis, TN 38134

RECEIVED
MAY 14 2021
AT 8:30 ___M
WILLIAM T. WALSH
CLERK

MEMPHIS TN 380
10 MAY 2021 PM 1 L

FOREVER / USA

Clerk of the Court
U.S. District Court of N.J.
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden New Jersey 08101

08102-157101

= Legal Mail