Serder Tator, 61287-066                    May 27, 2021
FCI Memphis, P.O. Box 34550
Memphis TN 38134

RECEIVED
JUN 11 2021
AT 8:30 ____ M
WILLIAM T. WALSH
CLERK

Clerk of the Cort
Federal District Cart of New Jersey
400 Cooper St., One JFG Plaza
Camden New Jersey 08101

Re: United States v. Tator, 07-459 (RBK), Request for
extension for filing a rebuttal.

Dear Respective Clerk,
   Please file this as a request for extension of time to
rebut the government's motion opposing reconsideration of CRRS
pursuant to 18 USC. 3582.

   I've received an e-mail notifying me that the government
have filed a motion previously mentioned above, however I've
not received a copy (complete) of the motion which they
filed. If the government sent me a copy of their motion, it's
likely late due to mail delivery delays.

However, in the case I'm expected to answer their motion in a timely matter, I request that the Court allow an extention of 10 day's for the defendant to respond.

Please note, I have still not received a copy of the government's motion!

Respectfully Submitted

SERDAR TATAR Po-se

Serdar Ta...

FCI Memphis P.O. Box 34550

Memphis TN 38134

MEMPHIS TN 380

7 JUN 2021  PM 2 L

FOREVER USA

RECEIVED Clerk of the Court

JUN 11 2021

AT 8:30_____
WILLIAM T. WALSH ___M
CLERK

Federal Dist. Court of New Jersey

400 Cooper Street

One John F. Gerry Plaza

Camden New Jersey 08101

- Legal Mail -

08102-157101