Serdar Tatar, 61287-066
FCI Memphis, P.O. Box 34550
Memphis, TN 38134

July, 19, 2021
Monday

RECEIVED
JUL 27 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Clerk, United States District Court
FCI Memphis, P.O. Box 34550
Memphis, TN 38134

7/19/2021

Re: United States v. Tatar, 07-459 (RBK), (2 pges)

Respective Clerk,

This letter shall serve as the notice of appeal of the record. Specifically, the two previous motions denied by the court, Docket No. 502 and Docket No. 503.

Please forward the record to the U.S. Court of Appeals, if possible under the caption of United States v. Tatar, No. 20-3432.

1 of 2

This notice of Appeal has been filed in accordance with the Fed. R. App. P., Rule 4(c)(1).

Respectfully Submitted,

*[signature]*

Serdar Tator, (Pro-Se)
FCI Memphis, P.O. Box 34550
Memphis TN 38134

## Certificate of Mailing

I, Serdar Tator, in accordance with the Fed. R. App. P. Rule 4(c)(1), have placed this notice of appeal in the prison mail box to be delivered via U.S. Postal Service with First Class Mail on 7.19.2021. This declaration have been made in the absence of a notary public, under 28 U.S.C. § 1746.

*[signature]*

2 of 2                                7, 19, 2021

Serdar Tat[?] 06881-066
FCI Memphis, P.O. Box 34550
Memphis TN 38134

RECEIVED
JUL 27 2021
AT 8:30 ___M
WILLIAM T. WALSH
CLERK

Clerk,
United States District Court
P.O. Box 2797
Camden New Jersey

Legal Mail

08101-279797