UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

No. 1:07-cr-459

v.

DECLARATION

SERDAR TATAR,

18 USC 3582(c)(1)(A)(i)

Defendant.

## DECLARATION OF SERDAR TATAR

1.  I'm presenting this apology for the benefit of the Court and everyone involved.

2.  My salvation is dependent on complete honesty, self-criticism, reflection, and genuine acknowledgement of my own failures.

3.  I'm truly sorry. When this investigation started I was in my early twenties and severely ignorant and naïve. I should never have involved myself in this case. What was being discussed by the others was very wrong.

4.  When the government informant approached me and asked about Fort Dix and giving him a map and making America pay, I should have told him "NO". I should never have given him the map. I should have also been totally transparent with law enforcement. This has been the greatest failure of my life.

5.  My actions and my words alone have caused me to be in the position I'm in today, and I have no one to blame but myself.

6.  I tried not to waste time while incarcerated, realizing that I have only this one chance at life. I have worked hard to fully understand why I acted as I did in this case, and also to involve myself in as many positive programs and interactions as I could while in prison. I am looking forward to starting a new life some day upon release.

I, Serdar Tatar, declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: September 16, 2025

Serdar Tatar

09/1