| Case Information | Offense Conduct Alleged | Year of Sentencing |
|---|---|---|
| United States v. Nasr (SDNY 1:24-cr-00019) (60 months in material support case in 2025) | Attempting to join Al-Shabaab terrorist group | 2025 |
| United States v. Noah Stirn (NDFL 3:19-cr-00060) (110 mo in terrorism-related case in 2025); | Mail bomb threats | 2025 |
| United States v. Jonathan Xie (DNJ 3:20-cr-00781) (time served [~ 66 months] in mat. support case 2024) | Attempting to donate to Hamas terrorist organization | 2024 |
| United States v. Muzzamil Husnain Zaidi (DDC 1:20-cr-00181) (time served [only a few months] in 2024) | IEEPA / FARA violations for Iran | 2024 |
| United States v. Asim Nujtaba Naqvi (DDC 1:20-cr-00181) (time served [only a few months] in 2024) | IEEPA / FARA violations for Iran | 2024 |
| United States v. Jill Marie Jones (DAZ 2:20-cr-00634) (78 months in material support case in 2024) | Attempted financial support for Al Qaeda | 2024 |
| United States v. Mahmoud Rashwan (EDPA 5:22-cr-00118) (time served [< 24 months] in terrorism-related firearm case in 2024) | Terrorism-related firearm crime | 2024 |
| United States v. Ahmed Minni (EDVA 1:17-cr-00270) (time served in material support case in 2024) | Time served (in Pakistan) – 13 years – for traveling overseas to join extremist groups to fight American soldiers | 2024 |
| United States v. Ramy Zamzam (EDVA 1:17-cr-00270) (time served in material support case in 2024) | Time served (in Pakistan) – 13 years – for traveling overseas to join extremist groups to fight American soldiers | 2024 |
| United States v. Maria Bell (DNJ 2:22-cr-00435) (34 mo. in material support case in 2023) | support for HTS in Syria | 2023 |
| United States v. Mohamed Suliman NDFL 1:21-cr-00006 (36 months in material support case in 2023) | Traveling to Syria to attempt to join ISIS | 2023 |
| United States v. Rondell Henry (DMD 8:19-cr-00181) (time served [~45 mo.] in material | Time served for plotting attacks on DC airport and shopping complex for ISIS | 2023 |

| | | |
|---|---|---|
| support case in 2023) | | |
| United States v. Kim Anh Vo (SDNY 1:19-cr-00223) (time served [~ 12 mo.] in material support conspiracy in 2023 | Providing Recruitment, Tech services to ISIS | 2023 |
| United States v. Jason Stokes (MDTN 3:21-cr-00040) (42 months in material support case in 2023) | Making ISIS threats | 2023 |
| United States v. Jason Fong (CDCA 8:20-cr-00146) (46 months in material support case in 2023) | Terrorism-related false statement, after other charges dismissed by prosecution | 2023 |
| United States v. Naser Almadaoji, (NDOH 3:18-cr-00158) (120 months in 2023 in material support case); | Attempting to travel to Afghanistan to join ISIS or ISIS-K | 2023 |
| United States v. Farhia Hassan (EDVA 1:14-cr-00230) (36 mo in material support case in 2022) | Terrorism funding for Al-Shabaab | 2022 |
| United States v. Michael Solomon DMN 0:20-cr-00193 (36 mo. material support conspiracy in 2022) | Attempted support for Hamas / undercover agent | 2022 |
| United States v. Benjamin Teeter DMN 0:20-cr-00193 (36 mo. material support conspiracy in 2022) | Attempted support for Hamas / undercover agent | 2022 |
| United States v. Santos Colon (DNJ 1:17-cr-00119) (time served [~ 61 mo.] in material support case in 2022) | Assisting an undercover agent with recon to assassinate the Pope | 2022 |
| United States v. Akmal Zakirov (EDNY 1:15-cr-00095) (time served [~84 mo.] in material support case in 2022 | Sting operation to send someone to fight for ISIS | 2022 |
| United States v. Georgianna Giampieto (MDTN 2:19-cr-00013) (66 mo. in material support case in 2022) | Attempting to assist undercover agent to travel to Syria to fight for HTS | 2022 |
| United States v. Ashiqul Alam (EDNY 1:19-cr-00280) (60 mo. in terrorism-related firearm case in 2022) | Atempting to purchase weapons for use in a terrorist attack | 2022 |
| United States v. Khaled Miah (WDPA 2:21-cr-00110) (72 mo. | Threatening statements against FBI | 2022 |

| | | |
|---|---|---|
| in terrorism-related case in 2022) | | |
| United States v. Elvin Williams (WDWA 2:21-cr-00099) (48 months in material support case in 2022) | Attempting to join ISIS in Syria | 2022 |
| United States v. Ahmad Suhad Ahmad (DAZ 4:18-cr-02417) (41 mo. in terrorism case in 2021) | Attempting to build bomb and show undercover how to do it | 2022 |
| United States v. Thomas Osadzinski (NDIL 1:19-cr-00869)(90 mo in material support case in 2022); | Tech support for ISIS recruitment | 2022 |
| United States v. Alaa Abusaad, (NDAL 7:18-cr-00541) (90 mo. in material support case in 2022); | Instructing an undercover on how to send money to Al Qaeda | 2022 |
| United States v. Delowar Hossain (SDNY 1:19-cr-00606) (96 mo. in material support case in 2022); | Attempting to join the Taliban to kill Americans | 2022 |
| United States v. Murat Suljovic, (DUT 2:20-cr-00153) (120 mo. in 2022 in material support case); | Attepmting to support ISIS through bomb making videos, etc. | 2022 |
| United States v. Muse Muse (WDMI 1:19-cr-00025) (78 mo. in material support conspiracy in 2021) | Attempting to join ISIS in Somalia | 2021 |
| United States v. Shahidul Gaffar (EDPA 2:20-cr-00392) (24 mo. in material support conspiracy in 2021) | Financing travel to join ISIS in Syria | 2021 |
| United States v. Nabila Khan (EDPA 2:20-cr-00392) (24 mo. in material support conspiracy in 2021) | Financing travel to join ISIS in Syria | 2021 |
| United States v. Mohamud Muse (WDMI 1:19-cr-00025) (98 months in material support case in 2021); | Attempting to join ISIS in Somalia | 2021 |
| United States v. Seth Pendley (NDTX 4:21-cr-00139) (120 mo. in 2021 in terrorism-related case); | Attempted Amazon data center bombing sting operation by Trump supporter | 2021 |
| United States v. Samantha Elhassani (NDIN 2:18-cr-00033 & 2:19-cr-159) (78 months in material support case in 2020) | Financial support for ISIS | 2020 |

| | | |
|---|---|---|
| United States v. Waheba Dais, (EDWI 2:18-cr-00143) (90 mo. in material support case); | Attempted recruitment and bomb-making training for ISIS | 2020 |
| United States v. Aws Al-Jayab (NDIL 1:16-cr-00181) (60 mo. in material support case in 2019) | Travel to Syria to fight for ISIS | 2019 |
| United States v. Sultan Salim (NDOH 3:18-cr-00186) (60 mo. in material support case in 2019) | Attempting to finance AQAP | 2019 |
| United States v. Kassim Tajideen (DDC 1:17-cr-00046) (60 mo in terrorism-related case in 2019) | Financing for Hezbollah; released on CR and deported in 2020 (served ~3 years) | 2019 |
| United States v. Adam Shafi (NDGA 3:15-cr-00582) (time served [~36 mo.] in material support case in 2019) | Attempting to join Jabhat al Nusra | 2019 |
| United States v. Jason Ludke (EDWI 2:16-cr-00175) (84 mo. in material support case in 2019) | Attempting to join ISIS | 2019 |
| United States v. Joseph Farrokh (EDVA 1:16-cr-00020) 102 months in material support conspiracy); | Attempting to join ISIS in Syria | 2016 |
| United States v. Mahdi Hashi (EDNY 1:12-cr-00661) (9 years) | Attempting to join Al-Shabaab | 2016 |
| United States v. Akba Jordan (EDNC 5:14-cr-00058) (108 months in material support conspiracy); | Attempting to travel overseas to join ISIS/Al Qaeda | 2016 |
| United States v. Miguel Vidriales (CDCA 5:12-cr-00092) (120 months in material support case); | Training to travel overseas to fight in Afghanistan | 2015 |
| United States v. Colleen Larose (EDPA 2:10-cr-00123) (120 months in material support case); | Plot to kill anti-Islamic cartoonist | 2014 |
| United States v. Cristian Vintila (SDNY 1:14-cr-00799) (48 months for conspiracy to kill); | Conspiring to kill US officers, sell weapons to FARC terrorist organization | 2014 |
| United States v. Ioannis Viglakis (SDNY 1:12-cr-00585) (120 months in material support case); | Attempting to trade weapons to FARC terrorist group for cocaine | 2014 |
| United States v. Issa Doreh (SDCA 3:10-cr-04246) (120 | Funneling money to Al Shabaab terrorist organization in Somalia | 2013 |

| | | |
|---|---|---|
| months in material support case); | | |
| United States v. Thavaraja, 740 F.3d 253 (2nd Cir. 2014) (108 months in material support case); | Procuring millions of dollars in weaponry for LTTE | 2012 |
| United States v. Brandon Baxter (NDOH 1:12-cr-00238) (117 months for attempted use of weapons of mass destruction); | Anarchist bomb plot sting operation | 2012 |
| United States v. Shaker Masri (NDIL 1:10-cr-00655) (118 months in material support case); | Attempting to travel to Somalia to join Al Shbaab | 2012 |
| United States v. Joshua Stafford (NDOH 1:12-cr-00238) (120 months for attempted use of weapons of mass destruction); | Anarchist bomb plot sting operation | 2012 |
| United States v. Zakariya Boyd (EDNC 5:09-cr-216 ) (108 months in material support conspiracy); | Training to join jihad | 2011 |
| United States v. Balraj Naida (DMD 1:08-cr-00091) (57 months in material support case); | Attempting to sell weapons to the Tamil Tigers | 2010 |
| United States v. Khaleel Ahmed, (NDOH 1:07-cr-00647) (100 months in material support case); | Attempting to procure military training to join extremists overseas | 2010 |
| United States v. Alishtari (SDNY 1:07-cr-00115) (120 months in material support case); | Terrorism financing to set up training camp in Afghanistan, given to undercover agent | 2010 |
| United States v. Lynne Stewart (SDNY 1:02-cr-00395) (120 months in material support case); | Passing messages to blind sheikh; original sentence was lower but Stewart was resentenced upon finding that she perjured herself at trial | 2010 |
| United States v. Rahmat Abdhir (NDCA 5:07-cr-00501) (120 months in material support case); | Providing weapons and equipment to Al Qaeda | 2010 |
| United States v. Zubair Ahmed (NDOH 1:07-cr-00647) (120 months in material support case); | Attempting to procure military training to join extremists overseas | 2010 |
| United States v. Burson | Informant-led plot to attack Sears | 2009 |

| | | |
|---|---|---|
| Augustine, (SDFL 1:06-cr-20373) (72 month sentence in material support conspiracy); | Tower and and other landmarks | |
| United States v. Rothschild Augustine, (SDFL 1:06-cr-20373) (84 months sentence in material support conspiracy); | Informant-led plot to attack Sears Tower and and other landmarks | 2009 |
| United States v. Abraham, (SDFL 1:06-cr-20373) (112 month sentence in material support conspiracy); | Informant-led plot to attack Sears Tower and and other landmarks | 2009 |
| United States v. Wassim Mazloum (NDOH 3:06-cr-719) (100 months in material support case); | Participating in bomb and weapons training, watching jihadist videos, for sting plot | 2009 |
| United States v. Hassan Abujihaad (DCT 3:07-cr-00057) (120 months in material support case); | Disclosing classified information on naval ship movements to Al Qaeda-supporting website | 2009 |
| United States v. Kamal Hassan (DMN 0:09-cr-00038) (120 months in material support case); | Attempting to travel to Somalia to fight for Al-Shabaab terrorist organization | 2009 |
| United States v. Varela (SDTX 4:02-cr-00714) (120 months in material support case); | Attempting to trade illegal drugs for weapons to go to AUC terrorist organization | 2009 |
| United States v. Jalal Moheisen (SDFL 1:06-cr-20001) (70 months in material support case); | Attempting to launder money to FARC | 2008 |
| United States v. Saifullah Ranjha (DMD 1:07-cr-00239) (110 months in material support case); | Concealing terrorism financing | 2008 |
| United States v. Fawzi Assi (EDMI 2:98-cr-80695) (120 months in material support case); | Providing military equipment to Hezbollah | 2008 |
| United States v Shiraz Qazi (SDTX 4:06-cr-00421) (10 months in terrorism-related sting operation); | Attempting to train to join Taliban in sting operation | 2007 |
| United States v. Nuradin Abdi (SDOH 2:04-cr-088) (120 months in material support case); | Attempting to obtain training overseas for domestic bomb plot | 2007 |

| | | |
|---|---|---|
| United States v. Maldonado, (SDTX 4:07-cr-00124) (120 months in material support case); | Receiving terrorism training from Al Qaeda | 2007 |
| United States v. Mohammed Yousry, 590 F.3d 93 (2nd Cir. 2009) (20 months in material support conspiracy); | Attempting to pass messages for the blind sheikh | 2006 |
| United States v. Lamont Ranson (SDMS 3:05-cr-00016) (29 months in material support case); | Attempts to sell documents to undercovers who they thought were Al Sayyaf | 2005 |
| United States v. Naji Khalil (SDNY 1:04-cr-00573) (57 months in material support case); | Attempting to export night vision equipment to Hezbollah | 2005 |
| United States v. Carpenter (SDMS 3:04-cr-00147) (68 months in material support case); | Attempts to sell documents to undercovers who they thought were Al Sayyaf terrorist organization | 2005 |
| United States v. Hammad Samana (CDCA 8:05-cr-00214) (70 month sentence for man convicted of conspiracy to wage war against the United States); | Attempted bomb plot against military bases and synagogues | 2005 |
| United States v. Masoud Khan (EDVA 1:03-cr-00296) (120 months in material support case); | Terrorist paintball training / attempted support for Lashkar-e-Taiba; conviction later thrown out | 2004 |
| United States v. Mukhtar al-Bakri (WDNY 1:02-cr-00214) (120 months in material support case); | Terrorist paintball training / attempted support for Lashkar-e-Taiba; conviction later thrown out | 2004 |
| United States v. Sahim Alwan (WDNY 1:02-cr-00214) (114 months in material support case); | Traveling to Pakistan / Afghanistan, meeting Osama Bin Laden, training with AQ | 2003 |
| United States v. Enaam Arnaout (NDIL 1:02-cr-00892) (136 months in material support case); | Financing extremist fighters in Bosnia and Chechnya | 2003 |
| United States v. Ahmed Bilal (DOR 3:02-cr-00399) (120 months in material support case); | Attempting to provide support to Taliban | 2003 |